# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER YANEZ, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>GORDON TRUCKING, INC.,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV F 11-0272 LJO MJS<br>New Case No. CV F 11-0272 OWW SKO<br><br>**ORDER TO RELATE ACTIONS AND TO ASSIGN NEW DISTRICT JUDGE AND MAGISTRATE JUDGE** |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *Simon V. Garcia v. Gordon Trucking, Inc.,* Case No. CV F 10-0324 OWW SKO. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to United States District Judge Oliver W. Wanger and United States Magistrate Judge Sheila K. Oberto with a new **CASE NO. CV F 11-0272 OWW SKO**. All documents shall bear the new **CASE NO. CV F 11-0272 OWW SKO** and the reassignment to United States District Judge Oliver W. Wanger and United States Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

**Dated:**　　February 25, 2011　　　　　　　　/s/ Lawrence J. O'Neill

1                                         UNITED STATES DISTRICT JUDGE